■ IRVING ARZT, as Trustee in Bankruptcy of French & Polyclinic Medical School and Health Center, Inc., Appellant, v BLUE CROSS AND BLUE SHIELD OF

GREATER NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Pecora, J.), entered on December 2, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court, entered on November 24, 1981, is unanimously dismissed as being subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler, Ross, Carro and Silverman, JJ.